# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2015

Lyle W. Cayce
Clerk

No. 14-30433

BRIAN M. ALLEN, on behalf of the United States of America and those similarly situated,

Plaintiff - Appellant

v.

ANN KELLER, Judge, in her official capacity and individually; VALERY HOWARD; DEPARTMENT OF CHILDREN AND FAMILY SERVICES STATE OF LOUISIANA; JEFFERSON PARISH DISTRICT ATTORNEY,

Defendants - Appellees

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-233

Before JOLLY, HIGGINSON and COSTA, Circuit Judges.

PER CURIAM:*

Plaintiff Brian Allen was ordered to pay child support after a paternity test determined with 99.99% certainty that he was the biological father of a minor child. He failed to do so and as a result was incarcerated multiple times in Jefferson Parish, Louisiana. Allen filed suit against the above-named

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-30433

defendants, asserting a *qui tam* action under the False Claims Act as well as a civil rights action under Title VI and 42 U.S.C. § 1983. The district court granted the defendants' respective motions to dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This case is now before us on appeal. We have reviewed carefully the complaint and incorporated attachments. We have considered the parties' briefs. Finally, we have heard oral argument. We find no reversible error in the proceedings before the district court, and, consequently, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.